William R. Brown, Esq. (IN #26782-48)
  (admitted *Pro Hac Vice*)
William M. Huse, Esq. (OH #0076942)*
  (admitted *Pro Hac Vice*)
*Admitted in Ohio Only
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: wbrown@schuckitlaw.com
        whuse@schuckitlaw.com

*Lead Counsel for Defendant, Trans Union, LLC*

Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA 94710
Telephone: 510-525-5100
Fax: 510-525-5130
E-Mail: mkl@tateandassociates-law.com

*Counsel for Defendant, Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC SINDELAR, an individual, and HEATHER OWENS, an individual,<br>　　　　Plaintiffs,<br><br>vs.<br><br>~~TRANS UNION, L.L.C.~~; EQUIFAX INFORMATION SERVICES, L.L.C.; EXPERIAN INFORMATION SOLUTIONS, INC.; BANK OF AMERICA, N.A.,<br>　　　　Defendants. | CASE NO. 3:13-cv-00769-SI<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC ONLY |

Plaintiffs Eric Sindelar and Heather Owens ("Plaintiffs"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters

herein between them have been compromised and settled, and that Plaintiffs' cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: July 19, 2013

*s/ Rizza Gonzales (with consent)*
Rizza Gonzales, Esq.
Century Law Group LLP
5200 W. Century Blvd., Ste. 345
Los Angeles, CA 90045
Telephone: 310-642-6900
Fax: 310-642-6910
E-Mail: gonzales@centurylawgroup.com

*Counsel for Plaintiffs, Eric Sindelar and Heather Owens*

Date: July 19, 2013

*s/ William M. Huse*
William R. Brown, Esq. (IN #26782-48)
   (admitted *Pro Hac Vice*)
William M. Huse, Esq. (OH #0076942)*
   (admitted *Pro Hac Vice*)
*Admitted in Ohio Only
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: wbrown@schuckitlaw.com
          whuse@schuckitlaw.com

*Lead Counsel for Defendant, Trans Union, LLC*

Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA 94710
Telephone: 510-525-5100
Fax: 510-525-5130
E-Mail: mkl@tateandassociates-law.com

*Local Counsel for Defendant, Trans Union, LLC*

| | |
|---|---|
| 1 | |
| 2 | *Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.* |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice. Plaintiffs Eric Sindelar and Heather Owens and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: 7/23/13

JUDGE, United States District Court, Northern District of California

DISTRIBUTION TO:

Edward O. Lear
lear@centurylawgroup.com

Rizza D. Gonzales, Esq.
Gonzales@centurylawgroup.com

Grace B. Kang, Esq.
gkang@mcquirewoods.com

Thomas P. Quinn
tquinn@nokesquinn.com

Monica Katz-Lapides, Esq.
mkil@tateandassociates-law.com

William R. Brown, Esq.
wbrown@schuckitlaw.com

William M. Huse, Esq.
whuse@schuckitlaw.com

Sarah G. Conway, Esq.
sgconway@jonesday.com