# UNITED STATES DISTRICT COURT
## Northern District of California
### San Francisco Division

ERIC SINDELAR, et al.,
　　　　Plaintiffs,

v.

TRANS UNION L.L.C, et al.,
　　　　Defendants.

No. C 13-0769 SI

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:　　　September 27, 2013
Mediator:　Andre Hassid

　　IT IS HEREBY ORDERED that the request to excuse defendant Experian Information Solutions, Inc.'s client representative, Abril Turner, from appearing in person at the September 27, 2013 mediation before Andre Hassid is DENIED.  The court finds that defendant has not made adequate showing that requiring Ms. Turner to appear in person would cause her 'extraordinary or otherwise unjustifiable hardship' as set forth in ADR L.R. 6-10(d).  Accordingly, the request is DENIED and Ms. Turner shall appear in person at the mediation.

　　IT IS SO ORDERED.

September 18, 2013　　　　　By:　　_____
Dated　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　United States Magistrate Judge