UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ERIC SINDELAR, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>TRANS UNION L.L.C, et al.,<br>    Defendants. | No. C 13-0769 SI<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:    September 27, 2013<br>Mediator:    Andre Hassid |

IT IS HEREBY ORDERED that the request to excuse defendant Experian Information Solutions, Inc.'s client representative, Abril Turner, from appearing in person at the September 27, 2013 mediation before Andre Hassid is DENIED. The court finds that defendant has not made adequate showing that requiring Ms. Turner to appear in person would cause her 'extraordinary or otherwise unjustifiable hardship' as set forth in ADR L.R. 6-10(d). Accordingly, the request is DENIED and Ms. Turner shall appear in person at the mediation.

IT IS SO ORDERED.

September 18, 2013           By:    _____
Dated                                          Maria-Elena James
                                          United States Magistrate Judge